| NAME: | |
|---|---|
| CHRISTOPHER ROSEBORO | |
| ADDRESS: CHRISTOPHER ROSEBORO. REG.NO# 29911-037 U.S.P. LEWISBUR. POST OFFICE BOX 1000 LEWISBURG, PA. 17837. | RECEIVED SCRANTON DEC 2 9 2000 |
| or PLACE OF CONFINEMENT & PRISON NUMBER | FILED SCRANTON PER ____ DEPUTY CLERK |
| Note: If represented by an attorney, his name, address & telephone number | JAN 2 9 2001 |
| Note: It is your responsibility to notify the Clerk of the Court, in writing of any change of address | PER ____ DEPUTY CLERK |

## United States District Court

# 1: CV 01-0184

| | CASE NO: B-94-034 |
|---|---|
| FULL NAME: (Include name under which you were convicted) Petitioner, CHRISTOPHER ROSEBORO vs. DON ROMINE, WARDEN U.S.P. LEWISBURG, UNITED STATES OF AMERICA, | (To be supplied by the clerk of the United States District Court) |
| NAME OF WARDEN (or other authorized person having custody of petitioner) DON ROMINE, WARDEN U.S.P. Respondent. | PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY 28 U.S.C. § 2241 |

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Upon receipt of a fee of $5.00, you petition will be filed

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution certificate as to the amount of money and securities on deposit to your credit in any account in institution. If you prison account exceed $25.00, you must pay the filing fee as required by the district court.

When the petition is completed, the *original and two copies* must be mailed to the Clerk United States District Court for the

Only one sentence, conviction or parole matter may be challenged in a single petition. challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☒ a conviction
2. ☒ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☐ other

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

# PETITION

1. Place of confinement __U.S.P. LEWISBURG. POST OFFICE BOX 1000, LEWISBURG, PA.178__

2. Name and location of court which imposed sentence __UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. AT BALTIMORE, MD.__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) __CR. B-94-034__
   (b) _____
   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) __AUGUST 11, 1994  600 MONTHS__
   (b) _____
   (c) _____

5. Check whether a finding of guilt was made:
   (a) ☐ After a plea of guilty
   (b) ☒ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ☒ a jury
   (b) ☐ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☒ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court __FOURTH CIRCUIT COURT OF APPEALS.__
      (2) Result __AFFIRMED__
      (3) Date of Result __N/A__
      (4) Citation or number of opinion __94-5902__

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 3 of 9

(5) Grounds Raised (list each) ① THE TRIAL COURT ERRED IN REFUSING TO

    (A) Conduct an In Camera Review of Alleged Jencks Act Mater[ial]

    (B) ② Fourth Amendment violation.

    (C) ③. Whether the Trial Court Abused Its Discretion by Not Granting a Severance.

    (D) _____

(b)(1) Name of Court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number opinion _____

(5) Grounds raised (list each)

    (A) _____
    (B) _____
    (C) _____
    (D) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9. State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

(a) Ground One **SEE...MEMORANDUM ATTACHED**

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

**SEE...MEMORANDUM ATTACHED.**

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 4 of 9

(b) Ground Two  SEE... MEMORANDUM ATTACHED

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

SEE... MEMORANDUM ATTACHED.

(c) Ground Three

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

(d) Ground Four

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY


10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☒ Yes   ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

   (a)(1) Name of Court __FOURTH CIRCUIT COURT OF APPEALS__
   
   (2) Nature of proceedings __SUCCESSIVE 28 U.S.C. §2255__
   
   (3) Grounds raised __SAME GROUNDS RAISED IN THIS PETITION.__
   
   (4) Result __DENIED__
   
   (5) Date of Result __DECEMBER 11, 2000__
   
   (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.
   
   (b)(1) Name of Court _____
   
   (2) Nature of proceedings _____
   
   (3) Grounds raised _____
   
   (4) Result _____
   
   (5) Date of Result _____
   
   (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

   __SEE... MEMORANDUM ATTACHED.__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13. Are you presently represented by counsel? ☒ Yes    ☒ No

   If so, name, address and telephone number _____

   Case name and court _____

14. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

   ☐ Yes    ☒ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

*[Signature]* PRO-SE
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____12/27/2000_____
(date)

*[Signature]* PRO-SE
Signature of Petitioner

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY