③
3-7-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROSEBORO,          :
                               :
        Petitioner             :
                               :
    v.                         :   CIVIL NO. 1:CV-01-0184
                               :
DON ROMINE, ET AL.,            :   (Judge Kane)
                               :
        Respondents            :

**FILED**
**HARRISBURG, PA**

MAR 0 6 2001

MARY E. D'ANDREA, CLERK
PER _____
              DEPUTY CLERK

**ORDER**

NOW, THIS 6th DAY OF ~~FEBRUARY~~ March, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondents and the United States Attorney.[1]

2. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

---

[1] Because Roseboro has previously filed two motions pursuant to 28 U.S.C. § 2255 challenging his conviction, there is no need to provide the notice specified in United States v. Miller, 197 F.3d 644 (3d Cir. 1999), before acting upon Roseboro's petition. Miller sought to prevent the unintended procedural default of an issue due to the inmate filing a petition under the wrong statutory provision or due to a failure to raise all viable issues in a single post-conviction petition. These concerns are not implicated where, as here, the inmate has already pursued not only one § 2255 petition but also a successive § 2255 petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge

YK:lq

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE

March 6, 2001

Re: 1:01-cv-00184   Roseboro v. Romine

True and correct copies of the attached were mailed to the following:

Christopher Roseboro
USP-LEW
U.S. Penitentiary at Lewisburg
29911-037
P.O. Box 1000
Lewisburg, PA  17837

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached
                                    U.S. Marshal ( )

Standard Order 93-5             ( )
Order to Show Cause             (/) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents (/)

Bankruptcy Court                ( )
Other_____         ( )

MARY E. D'ANDREA, Clerk

DATE: 3/6/01                    BY: _____
                                    Deputy Clerk

[Certified Mail Receipts shown:
1. Name: D. Banasch, City: HBG PA
2. Name: John Ashcroft, City: Wash DC 20044]