**ORIGINAL**

DMB:MEH:all/ 2001V00234

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROSEBORO,  :
    Petitioner  :  No. 1:CV-01-0184
    :
  v.  :  (Judge Kane)
    :
DONALD ROMINE, et al.  :

FILED
HARRISBURG, PA
MAR 26 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**EXHIBITS IN SUPPORT OF GOVERNMENT'S RESPONSE TO
THE PETITION FOR WRIT OF HABEAS CORPUS**

DAVID M. BARASCH
United States Attorney

MATTHEW E. HAGGERTY
Assistant U.S. Attorney

ANITA LIGHTNER
Paralegal Specialist
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA   17108-1754
717/221-4482

Date:   March 26, 2001

## TABLE OF EXHIBITS

Criminal Docket for Case No. 94-CR-34,
<u>United States v. Key, et al.</u>, United States
District Court, District of Maryland . . . . . . . . . . . Exh. 1

Civil Docket for Case No. 98-CV-74, <u>Roseboro
v. United States</u>, United States District
Court, District of Maryland . . . . . . . . . . . . . . . . Exh. 2

**TAB - 1**

Docket as of December 13, 2000 9:05 pm                     Web PACER (v2.3)

# U.S. District Court

## District of Maryland (Baltimore)

## CRIMINAL DOCKET FOR CASE #: 94-CR-34-ALL

### USA v. Key, et al

Filed: 01/27/94
Dkt# in other court: None

**Case Assigned to: Sr. Judge Walter E. Black, Jr.**

```
JAMES EDWARD KEY (1)
      defendant
  [term   11/30/94]
Pending Counts:
   NONE
Terminated Counts:
   NONE
Complaints:
   NONE
```

**Case Assigned to:  Sr. Judge Walter E. Black, Jr.**

```
CHRISTOPHER ROSEBORO (2)
      defendant
  [term   11/17/94]
Pending Counts:
   NONE
Terminated Counts:
   NONE
Complaints:
   NONE
```



U. S. Attorneys:
NONE

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 11/30/94 | -- | Case closed (mdw) [Entry date 04/14/95] |
| 10/27/97 | 108 | MOTION by Christopher Roseboro for Extension of Time to file 2255 Motion (amf) [Entry date 11/05/97] |
| 11/4/97 | 109 | ORDER as to Christopher Roseboro denying [108-1] motion for Extension of Time to file 2255 Motion as to Christopher Roseboro (2) ( Signed by Sr. Judge Walter E. Black Jr. ) (cm af) (amf) [Entry date 11/05/97] |
| 1/8/98 | 110 | MOTION by Christopher Roseboro to Vacate under 28 U.S.C. 2255 ( Civil Action # B-97-74) (amf) [Entry date 01/13/98] |
| 1/12/98 | 111 | MOTION by James Edward Key to Vacate under 28 U.S.C. 2255 ( Civil Action # B-98-76) (amf) [Entry date 01/13/98] |
| 2/4/98 | 112 | ORDER as to Christopher Roseboro, that a copy of 2255 motion be served upon the United States Attorney and that the United States Attorney file an answer to said motion within 30 days, including any position which the Government wishes to take in regard to the timeliness of the motion ( Signed by Sr. Judge Walter E. Black Jr. ) (cm af) (amf) [Entry date 02/05/98] |
| 2/4/98 | 113 | ORDER as to James Edward Key, that a copy of 2255 motion be served upon the United States Attorney and that the United States Attorney file an answer to said motion within 30 days, including any position which the Government wishes to take in regard to the timeliness of the motion ( Signed by Sr. Judge Walter E. Black Jr. ) (cm af) (amf) [Entry date 02/05/98] |
| 3/5/98 | 114 | Request by USA for a two week extension of time, until March 19, 1998 to file a response to Petition for Relief under 28 U.S.C. 2255 as to James Edward Key, Christopher Roseboro and Marginal Order (Black, J) "GRANTING" same (cm af) (amf) [Entry date 03/06/98] |
| 3/20/98 | 115 | Request by USA for another extension of time until March 26, 1998 in which to respond to Section 2255 petition as to James Edward Key, Christopher Roseboro and Marginal Order (Young, J) dated 3/19/98 thereon as prayed (c/m af) (amf) [Entry date 03/20/98] [Edit date 03/20/98] |
| 3/26/98 | 116 | Consolidated RESPONSE by USA as to James Edward Key, Christopher Roseboro re [111-1] motion to Vacate under 28 U.S.C. 2255, [110-1] motion to Vacate under 28 U.S.C. 2255 |

| | | |
|---|---|---|
| | | (amf) [Entry date 03/27/98] |
| 3/27/98 | 117 | TRANSCRIPT of Proceedings Held before Black, J RE: Voir Dire and Jury Selection as to James Edward Key & Christopher Roseboro for date of August 2, 1994 (FILED SEPARATELY) (amf) [Entry date 03/30/98] |
| 4/13/98 | 118 | MOTION by James Edward Key to Extend Time to file response to Government and Marginal Order (Black, J) dated 4/10/98 "GRANTING" same; reply shall be filed on or before May 11, 1998 (cm af) (amf) [Entry date 04/14/98] |
| 4/13/98 | 119 | MOTION by Christopher Roseboro to Extend Time to respond to Government and Marginal Order (Black, J) dated 4/10/98 "GRANTING" same and that response be filed on or before May 11, 1998 (cm af) (amf) [Entry date 04/14/98] |
| 5/15/98 | 120 | Answer by James Edward Key to Response to Government to Motion Under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence (amf) [Entry date 05/19/98] |
| 5/18/98 | 121 | Answer by Christopher Roseboro to Response of Government to Motion Under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence (amf) [Entry date 05/19/98] |
| 6/17/98 | 122 | MOTION by Christopher Roseboro for Leave to File addendum (c/s) (jan) [Entry date 06/17/98] |
| 6/23/98 | 123 | MARGINAL ORDER as to James Edward Key, Christopher Roseboro granting their [122-1] motion for Leave to File addendum on or 8/1/98 ( Signed by Sr. Judge Walter E. Black Jr. 6/23/98) (c/m 6/24/98 jl) (jl) [Entry date 06/24/98] [Edit date 06/24/98] |
| 7/30/98 | 124 | Addendum to 2255 motion by Christopher Roseboro (c/s) (jl) [Entry date 07/30/98] |
| 9/9/98 | 125 | RESPONSE by USA as to Christopher Roseboro re [122-1] motion for Leave to File addendum to 28 USC Section 2255 to Vacate, Set Aside or Correct Sentence (Original pleadings located in Civil Case No. B 98-74) (ms) [Entry date 09/10/98] |
| 9/30/98 | 126 | Letter MOTION by Christopher Roseboro to Extend Time to Reply to Government's Response to Petition (c/s) (ms) [Entry date 10/01/98] |
| 10/26/98 | 127 | -Improper Jury Instructions by Christopher Roseboro (c/s) (amf) [Entry date 10/28/98] [Edit date 10/28/98] |
| 10/26/98 | 128 | MEMORANDUM by Christopher Roseboro in support of Supplemental Claim (c/s) (amf) [Entry date 10/28/98] [Edit date 10/28/98] |
| 10/26/98 | 129 | RESPONSE by Christopher Roseboro to Government's Response to Petitioner's Addendum Pursuant to 28 U.S.C. 2255 (c/s) (amf) [Entry date 10/28/98] |
| 4/16/99 | 130 | MEMORANDUM OPINION as to James Edward Key, Christopher Roseboro (Signed by Sr. Judge Walter E. Black Jr. 4/15/99) (c/m 4/16/99 am) (ms) [Entry date 04/16/99] |
| 4/16/99 | 131 | ORDER as to James Edward Key, Christopher Roseboro denying [128-1] support memorandum as to Christopher Roseboro (2), denying [124-1] Addendum to Motion under Section 2255 as to |

|          |     |                                                                                                                                                                                                                                                                                      |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | Christopher Roseboro (2), denying [111-1] motion to Vacate under 28 U.S.C. 2255 as to James Edward Key (1), denying [110-1] motion to Vacate 28 U.S.C. 2255 as to Christopher Roseboro (2) (Signed by Sr. Judge Walter E. Black Jr. 4/15/99) (c/m 4/16/99 am)(microfilmed 4/16/99 ms) (ms) [Entry date 04/16/99] |
| 6/10/99  | 132 | MOTION by Christopher Roseboro for certificate of appealability(c/s) (ac) [Entry date 06/15/99] [Edit date 06/17/99]                                                                                                                                                                  |
| 6/10/99  | 132 | NOTICE OF APPEAL by Christopher Roseboro  FILING FEE $ (IFP) (ac) [Entry date 06/17/99]                                                                                                                                                                                               |
| 6/11/99  | 133 | NOTICE OF APPEAL by James Key from Order dated 4/15/99 FILING FEE $ (IFP)(c/s) (ac) [Entry date 06/15/99] [Edit date 06/15/99]                                                                                                                                                        |
| 6/15/99  | --  | Notice of appeal and certified copy of docket as to James Edward Key  to USCA: [133-1] appeal (ac) [Entry date 06/15/99]                                                                                                                                                              |
| 6/17/99  | --  | Notice of appeal and certified copy of docket as to Christopher Roseboro  to USCA: [132-1] appeal (ac) [Entry date 06/17/99]                                                                                                                                                          |
| 6/21/99  | --  | Certified and transmitted record on appeal to U.S. Court of Appeals as to James Edward Key : [133-1] appeal (Volumes 1 thru 11) (ac) [Entry date 06/21/99]                                                                                                                            |
| 6/21/99  | --  | USCA Case Number as to James Edward Key  Re: [133-1] appeal USCA Number: 99-6809 (Case Mgr. Susan W eigly) (ac) [Entry date 06/21/99]                                                                                                                                                 |
| 6/21/99  | 133 | ORDER as to Christopher Roseboro denying [132-1] motion for certificate of appealability as to Christopher Roseboro ( Signed by Sr. Judge Walter E. Black Jr. )(c/m 6/22/99 akc) (ac) [Entry date 06/22/99]                                                                           |
| 6/22/99  | --  | Certified and transmitted record on appeal to U.S. Court of Appeals as to Christopher Roseboro : [132-1] appeal (Volumes 1 and 2) (ac) [Entry date 06/22/99]                                                                                                                          |
| 7/2/99   | --  | USCA Case Number as to Christopher Roseboro  Re: [132-1] appeal  USCA Number: 99-6845 (Case Mgr. Susan Weigly) (ac) [Entry date 07/02/99]                                                                                                                                             |
| 9/30/99  | 134 | ORDER OF USCA (certified copy) "DISMISSING" the appeal, pursuant to Local Rule 45.as to James Edward Key Re: [133-1] appeal (c/s) (ac) [Entry date 10/04/99]                                                                                                                          |
| 9/30/99  | --  | Record on appeal returned from U.S. Court of Appeals: [133-1] appeal  by James Edward Key (ac) [Entry date 10/04/99]                                                                                                                                                                  |
| 1/13/00  | 135 | JUDGMENT OF USCA (certified copy) "DENYING" a certificate of appealability and "DISMISSING" the appeal, copy of opinion attached hereto. as to Christopher Roseboro Re: [132-1] appeal (c/s) (ac) [Entry date 01/18/00]                                                               |
| 1/13/00  | --  | Record on appeal returned from U.S. Court of Appeals: [132-1] appeal  by Christopher Roseboro (ac) [Entry date 01/18/00]                                                                                                                                                              |
| 12/13/00 | 136 | ORDER of USCA "DENYING" authorization to file a successive                                                                                                                                                                                                                            |

application for relief as to Christopher Roseboro (c/s) (ko)
[Entry date 12/13/00]

Case Flags:
CLOSED

END OF DOCKET: 1:94cr34-0

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2001 09:20:04 | | | |
| **PACER Login:** | us4890 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 1:94cr00034 |
| **Billable Pages:** | 6 | **Cost:** | 0.42 |

**TAB - 2**

Docket as of September 24, 1999 10:55 am                    Web PACER (v2.3)

# U.S. District Court

## District of Maryland (Baltimore)

## CIVIL DOCKET FOR CASE #: 98-CV-74

### Roseboro v. USA - 2255

Filed: 01/08/98
Assigned to: Sr. Judge Walter E. Black, Jr.
Demand: $0,000
Nature of Suit: 510
Lead Docket: None
Jurisdiction: US Defendant
Dkt # in Criminal : is B-94-034
Cause: 28:2255 Motion to Vacate Sentence

```
CHRISTOPHER ROSEBORO          Christopher Roseboro
    petitioner                [NTC] [PRO SE]
                              #29911-037
                              U.S.P. Lewisburg
                              P.O. Box 1000
                              Lewisburg, PA 17837

    v.
USA - 2255
    respondent
```

## DOCKET    PROCEEDINGS

DATE    #        DOCKET   ENTRY

1/8/98   --      FOR ALL PLEADINGS SEE CRIMINAL NO B-94-034 (cag)
                 [Entry date 01/13/98]

4/16/99   1      MEMORANDUM OPINION (signed by Sr. Judge Walter E. Black Jr.
                 4/15/99) (ms) [Entry date 04/19/99]

4/16/99   2      ORDER DENYING Petitioners Christopher Roseboro and James

GOVERNMENT EXHIBIT 2



```
                 Key's Motions under 28 USC Section 2255. (signed by Sr.
                 Judge Walter E. Black Jr. 4/15/99) (c/m 4/16/99 am) (ms)
                 [Entry date 04/19/99]

   4/16/99  --   Case closed (ms) [Entry date 04/19/99]
```

Case Flags:
CLOSED

END OF DOCKET: 1:98cv74

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 03/08/2001 09:20:24 |||
| **PACER Login:** us4890 | **Client Code:** | |
| **Description:** docket report | **Search Criteria:** | 1:98cv00074 |
| **Billable Pages:** 2 | **Cost:** | 0.14 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROSEBORO,
    Petitioner

v.

DONALD ROMINE, et al.

: No. 1:CV-01-0184
:
: (Judge Kane)
:

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 26th day of March, 2001, she served a copy of the attached

**EXHIBITS IN SUPPORT OF GOVERNMENT'S RESPONSE TO
THE PETITION FOR WRIT OF HABEAS CORPUS**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Christopher Roseboro
Reg. No. 29911-037
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

ANITA LIGHTNER
Paralegal Specialist