**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Ashcroft, Attorney General
   U. S. Department of Justice
   P.O. Box 878, Ben Franklin Station
   Washington D. C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Chadd Pye
B. Date of Delivery: 03-12-01
C. Signature: X Chadd Pye  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label):
   7099 3400 0001 4826 4951

   1-CV-01-184
   J. Kane  S.C. order 3-6-01.

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

FILED
HARRISBURG, PA

APR 04 2001

MARY E. D'ANDREA, CLER[K]
Per _____
       Deputy Clerk

1-CV-01-184
S.C. order
3-6-01