IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

FILED
SCRANTON

SEP 1 6 2002

PER _____ 

DEPUTY CLERK

```
----------------------------------------X
Christoper Roseboro,                     :
                    Petitioner,          :
                                         :
     - against -                         :    Case No. 1-01-C-184.
                                         :
                                         :
Donald Romine, Warden of U.S.P.          :
Lewisburg,                               :
                    Respondent.          :
                                         :
----------------------------------------X
```

### Motion For Status Report.

Comes now, Christoper Roseboro, Hereinafter referred to as "Movant",

moves this Honorable Court for a status report for the above mentioned case.

### Case History.

1.  On December 21, 2000, movant filed a motion pursuant to 28 U.S.C. § 2241.

2.  Subsequently thereafter, this Court ordered Donald Romine, et at. ("Respondent") to respond to Movant'a § 2241.

3.  Respondent  responded on March 26, 2001.

4.  It has been well over a year since Respondent responded to Movant's § 2241, and this Court has yet to respond to Movant's § 2241.

### Conclusion.

WHEREFORE, Movant seeks a status report on his § 2241 with is pending

with this Court, and in which remains without resolution.

Respectfully Submitted,

Mr. Christoper Roseboro
Reg. No 29911-037
United States Penitentiary 1000
Post Office Box 1000
Lewisburg, PA. 17837

Date: September 12, 2002