● **ORIGINAL** ●

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER ROSEBORO,** | : | CIVIL NO. 1:CV-01-0184 |
| Petitioner, | : | |
| v. | : | (Judge Kane) |
| **DONALD ROMINE, et al.,** | : | |
| Respondents. | : | |

FILED
HARRISBURG, PA

JAN 2 3 2003

MARY E. D'ANDREA, CLERK
Per _____

## SUBSTITUTION OF COUNSEL

Please substitute my appearance for that of Assistant United States Attorney Matthew E. Haggerty as Counsel of Record for Donald Romine, Warden, Defendant in the above-captioned case.

Respectfully submitted

THOMAS A. MARINO
United States Attorney

_____
DENNIS PFANNENSCHMIDT
Assistant U.S. Attorney
United States Attorney's Office
228 Walnut Street
Harrisburg, PA 17108
Telephone No. (717) 221-4482

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER ROSEBORO,** | : | CIVIL NO. 1:CV-01-0184 |
| Petitioner, | : | |
| v. | : | (Judge Kane) |
| **DONALD ROMINE, et al.,** | : | |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 23 day of January, 2003, she served a copy of the attached

### SUBSTITUTION OF COUNSEL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Christopher Roseboro
Reg. No. 29911-037
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

ANITA LIGHTNER
Paralegal Specialist