*NoNo to Cl*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Christopher Roseboro,
    Petitioner,

    v.

Dodrill, Warden,
    Respondent.

Case No.:  1:CV-01-0184
(Judge Kane)

**FILED**
HARRISBURG, PA

**MAY 2 8 2003**

MARY E. D'ANDREA, CLERK
Per _____

## NOTICE OF APPEAL

Notice is hereby given that Christopher Roseboro (hereinafter "Appellant"), in the above named case, appeals to the United States Court of Appeals for the Third Circuit from the District Court's final order dated April 15, 2003 dismissing without prejudice Appellant's Petition pursuant to 28 U.S.C. § 2241.

DATED:  May 19, 2003.

Respectfully Submitted,

Christopher Roseboro   # 29911-037
Christopher Roseboro

Christopher Roseboro # D99711-A
P.O. Box 1000
Lewisburg, PA 17837

DEFEAT NAS
DYSTR
SUPPORT

HARRISBURG PA 17107
PM
27 MAY 2003

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108

FILED
HARRISBURG, PA
MAY 2 8 2003
MARY E. D'ANDREA, CLERK
Per _____