June 14, 2003



Christopher Roseboro
Reg. No.: 29911-037
P.O. Box 1000
Lewisburg, Pa. 17837

---

Clerk of Court
United States District Court
for the Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

1-01-CU-184
J. Kane

   RE: Appeal No.: 03-2585

Clerk of Court:

   Please take notice that I believe that I have inadvertently placed a
misnomer on the envelops that contained my motion for leave to proceed in
forma pauperis and an affidavit in support thereof, that is, the required
original and three copies that are suppose to be sent to this Court may
have been forwarded to either the Court of Appeals for the Third Circuit
or to the Respondent in this case.

   Also, this notice is given to this Court to know that I forwarded the
above motion and affidavit before or on the date that was allocated to me.

   Thank you for your time, attention, and consideration in this matter!


Respectfully Submitted,

Christopher Roseboro


cc:  File

Inmate Name:  Christopher Roseboro
Register Number: 29911-037
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837

LEGAL MAIL

17108+0983 99

**Case No.:   03-2585**

Clerk of Court
United States District Court
For The Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108



HARRISBURG PA 17101
PM
16 JUN
2003



STRIKE BACK
G I
AMERICAN CANCER SOCIETY
37