ORIGINAL

NONE to C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
HARRISBURG, PA

JUN 1 7 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Christopher Roseboro,
      Petitioner,

    v.

Donald Romine,
      Respondent.

D.C. NO:  01-cv-000184
Appeal No.:  03-2583

## PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, Christopher Roseboro, respectfully seeks leave, pursuant to the Third Circuit's LAR 3.3, to proceed in forma pauperis in the Third Circuit Court of Appeals.  Petitioner indigence is demonstrated by the fact that both the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit proceedings were conducted by appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 30006A.  The district court originally appointed counsel for arraignment, trial, sentencing, and proceeded to the direct appeal stages in the Fourth Circuit Court of Appeals.

Respectfully Submitted,

Christopher Roseboro
Christopher Roseboro

Case No. 03-2583

**CERTIFICATE OF SERVICE**

I, do declare that the foregoing motion for leave to proceed in forma pauperis and affidavit in support thereof, has been pre-paid first class postage and placed into the institutional legal mailbox (U.S.P. Lewisburg) on this ___ day of June, 2003, and sent to:  Dennis C. Pfannenshmidt, Office of United States Attorney, and the Third Circuit Court of Appeals.

Respectfully Submitted,

Christopher Roseboro

Name: David John Pendano
Number: 28911-037
States Penitentiary
x 1000
urg, PA 17837

U S HARRISBURG PA 171

PM 4 JUN 16 2003

HARRISBURG

FILED
HARRISBURG
JUN 17 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Office of The Clerk
U.S. District Court
Middle District of PA
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

