# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Christopher Roseboro,
      Petitioner,

      v.

Donald Romine,
      Respondent.

D.C. No.:  01-cv-000184
Appeal No.:  03-2583


## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

1.  I, Christopher Roseboro, deposes and say that I am the Petitioner in the above-entitled case and that I am an indigent defendant/petitioner/prisoner who relies on family for basic commissary needs/telephone communication to keep family ties.  See, attached application to proceed in forma pauperis and transcription of Petitioner's prison account.

2.  My indigence status is demonstrated by the mere fact that the District Court for Maryland appointed counsel to represent Petitioner for the entire proceedings in the District Court of Maryland (Case No.:  B-94-034) and the United States Court of Appeals for the Fourth Circuit (Appeal No.: 94-5902), pursuant to 18 U.S.C. § 30006A.  See, attached Exhibit "A".

3.  In support of this motion to proceed without being required to prepay fees, costs or give security therefor, I stated that because of my poverty I am unable to pay costs of this case or to give security therefor;  and I believe I am entitled to redress.

4.  I further depose and say that the responses in the attached

application to proceed in forma pauperis relates to my not being incurred payments by this Court, are true and correct.

I do DECLARE so under the penalty of perjury. <u>See</u>, 28 U.S.C. § 1746.

EXECUTED on this ___6___ day of June, 2003.

_Christopher Roseboro_
Christopher Roseboro

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*Family, see transcript attached*

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐   No ☑   (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐   No ☑

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

*N/A*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6-5-03__          __Christopher Karsous__
                (Date)                    Signature of Applicant

---

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __40.71__ on account to his credit at the __US Penitentiary, Lewisburg, Pennsylvania__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __NONE__

I further certify that during the last six months the applicant's average balance was $ __84.51 month__

__L. Lyons Inmate Accounts__
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

```
                    ACCOUNT
                    STATEMENT
USP LEW **LIMITED OFFICIAL USE**             DATE 06/11/03
Lewisburg, PA 17837                          PAGE No.01
```

Account # 29911037

```
     ROSEBORO, CHRISTOPHER NMI
        UNIT 2/C-1
COMM RESTRICTION PER DHO UNTIL 01/06/02
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .73 | .00 | .00 | .00 | .73 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| OCT02P | 9:54 | 10-01-02 | PERFORMANCE PAY | 20.52 | 21.25 |
| 32B7E8 | 20:27 | 10-03-02 | DEPOSIT ITS FUNDS | 1.00- | 20.25 |
| VR0120 | 12:48 | 10-07-02 | COMMISSARY FORM | 3.00- | 17.25 |
| 000066 | 18:58 | 10-07-02 | SALE / REGULAR | 17.00- | .25 |
| T00965 | 14:22 | 10-11-02 | MONEY ORDER | 15.00 | 15.25 |
| 3373AE | 20:29 | 10-14-02 | DEPOSIT ITS FUNDS | 1.00- | 14.25 |
| 000021 | 17:10 | 10-15-02 | SALE / REGULAR | 4.95- | 9.30 |
| 33DF0A | 20:55 | 10-22-02 | DEPOSIT ITS FUNDS | 2.00- | 7.30 |
| 33E946 | 20:29 | 10-23-02 | DEPOSIT ITS FUNDS | 2.00- | 5.30 |
| 33F4A3 | 20:38 | 10-24-02 | DEPOSIT ITS FUNDS | 2.00- | 3.30 |
| 3410A9 | 10:44 | 10-27-02 | DEPOSIT ITS FUNDS | 1.00- | 2.30 |
| 341497 | 15:45 | 10-27-02 | DEPOSIT ITS FUNDS | 1.00- | 1.30 |
| 342105 | 20:20 | 10-28-02 | DEPOSIT ITS FUNDS | 1.00- | .30 |
| NOV02P | 11:22 | 11-01-02 | PERFORMANCE PAY | 29.34 | 29.64 |
| VR0234 | 14:38 | 11-01-02 | COMMISSARY FORM | 1.00- | 28.64 |
| 34694E | 17:00 | 11-02-02 | DEPOSIT ITS FUNDS | 3.00- | 25.64 |
| 000078 | 20:53 | 11-04-02 | SALE / REGULAR | 16.05- | 9.59 |
| T02472 | 15:46 | 11-06-02 | MONEY ORDER | 15.00 | 24.59 |
| 34C71D | 16:41 | 11-07-02 | DEPOSIT ITS FUNDS | 2.00- | 22.59 |
| 34EE77 | 15:18 | 11-09-02 | DEPOSIT ITS FUNDS | 2.00- | 20.59 |
| 000058 | 19:02 | 11-12-02 | SALE / REGULAR | 20.20- | .39 |
| DEC02P | 11:01 | 12-02-02 | PERFORMANCE PAY | 23.40 | 23.79 |
| 000054 | 19:40 | 12-02-02 | SALE / REGULAR | 23.65- | .14 |
| JAN03P | 9:50 | 01-02-03 | PERFORMANCE PAY | 23.22 | 23.36 |
| 000048 | 18:47 | 01-02-03 | SALE / REGULAR | 21.65- | 1.71 |
| 388722 | 14:03 | 01-04-03 | DEPOSIT ITS FUNDS | 1.00- | .71 |
| T07013 | 14:40 | 01-06-03 | MONEY ORDER | 25.00 | 25.71 |
| 000034 | 18:02 | 01-08-03 | SALE / REGULAR | 25.55- | .16 |
| T08092 | 13:49 | 01-27-03 | MONEY ORDER | 20.00 | 20.16 |
| 000045 | 18:11 | 01-29-03 | SALE / REGULAR | 19.25- | .91 |
| FEB03P | 10:06 | 02-03-03 | PERFORMANCE PAY | 21.96 | 22.87 |
| 000040 | 18:13 | 02-05-03 | SALE / REGULAR | 22.30- | .57 |
| T09215 | 14:25 | 02-10-03 | MONEY ORDER | 20.00 | 20.57 |
| 000058 | 18:41 | 02-12-03 | SALE / REGULAR | 20.05- | .52 |
| MAR03P | 10:38 | 03-03-03 | PERFORMANCE PAY | 23.40 | 23.92 |
| T10517 | 14:48 | 03-03-03 | MONEY ORDER | 30.00 | 53.92 |
| 3BFEC8 | 18:22 | 03-03-03 | DEPOSIT ITS FUNDS | 3.00- | 50.92 |
| 000075 | 19:05 | 03-05-03 | SALE / REGULAR | 50.90- | .02 |
| T11078 | 14:48 | 03-10-03 | MONEY ORDER | 20.00 | 20.02 |
| 3C8CD9 | 16:21 | 03-10-03 | DEPOSIT ITS FUNDS | 5.00- | 15.02 |

Case 1:01-cv-00184-YK-KH   Document 17   Filed 06/17/2003   Page 5 of 6

ENTER INMATE NUMBER   29911037    PIN # 8854  MAIL BOX # C-1

INMATE NAME.........:ROSEBORO, CHRISTOPHER NMI        RESTRICTION.:00/00/00

INMATE UNIT.........:UNIT 2/C-1
SPECIAL SORT CODES..:
INMATE STATUS.......:A
OUTSTANDING CHECKS..:.00
SPECIAL PURPOSE ORD.:.00
ENCUMBRANCE BALANCE.:.00
ACCOUNT BALANCE.....:40.71
VALIDATION CODE.....:01
VALIDATION LIMIT....:290.00
VALIDATION EXPENDED.:20.85
AVAILABLE BALANCE...:40.71
PERIOD PURCHASES....:20.85
YTD PURCHASES.......:511.34
LAST ACTIVITY DATE..:06/04/03
LAST SALE DATE......:06/03/03
ARRIVAL DATE........:01/05/95
DEPARTURE DATE......:00/00/00
ARRIVE FROM.........:000
TRANSFER TO.........:000
COMM RESTRICTION PER DHO UNTIL 01/06/02

```
Press return   to review
transactions in detail -OR-
Press Home for controlled
item purchases        -OR-
Press Esc for next inquiry.
```

LAST 6 MO. DEPOSITS..:507.06
LAST 6 MO. WITHDRAWALS..:432.49
FRP PLAN....:
FRP RATE....:00
FRP AMOUNT..:0
RESTRICTED SPEND LIMIT:120.00
RESTRICTION EXPENDED:.00

```
                    ACCOUNT
                   STATEMENT
USP LEW **LIMITED OFFICIAL USE**        DATE 06/11/03
Lewisburg, PA 17837                     PAGE No. 02
```

Account # 29911037

```
     ROSEBORO, CHRISTOPHER NMI
     UNIT 2/C-1
COMM RESTRICTION PER DHO UNTIL 01/06/02
```

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000048 | 18:08 | 03-12-03 | SALE / REGULAR | 14.70- | .32 |
| T11971 | 14:24 | 03-24-03 | MONEY ORDER | 20.00 | 20.32 |
| 3D7F42 | 21:01 | 03-26-03 | DEPOSIT ITS FUNDS | 5.00- | 15.32 |
| APR03P | 10:45 | 04-01-03 | PERFORMANCE PAY | 23.40 | 38.72 |
| 000029 | 17:40 | 04-01-03 | SALE / REGULAR | 38.05- | .67 |
| T12573 | 13:58 | 04-03-03 | MONEY ORDER | 20.00 | 20.67 |
| VR1852 | 13:42 | 04-04-03 | COMMISSARY FORM | 3.00- | 17.67 |
| 3E54BA | 21:40 | 04-07-03 | DEPOSIT ITS FUNDS | 2.00- | 15.67 |
| 000090 | 17:59 | 04-08-03 | SALE / REGULAR | 13.80- | 1.87 |
| 3E6CB2 | 18:33 | 04-09-03 | DEPOSIT ITS FUNDS | 1.00- | .87 |
| T13298 | 13:31 | 04-14-03 | MONEY ORDER | 20.00 | 20.87 |
| 3EC9D5 | 21:26 | 04-14-03 | DEPOSIT ITS FUNDS | 3.00- | 17.87 |
| 000101 | 17:55 | 04-15-03 | SALE / REGULAR | 17.80- | .07 |
| T14245 | 13:15 | 04-28-03 | MONEY ORDER | 40.00 | 40.07 |
| 000064 | 16:31 | 04-29-03 | SALE / REGULAR | 39.44- | .63 |
| MAY03P | 9:35 | 05-01-03 | PERFORMANCE PAY | 30.60 | 31.23 |
| T14482 | 13:13 | 05-02-03 | MONEY ORDER | 75.00 | 106.23 |
| 3FD62E | 11:00 | 05-03-03 | DEPOSIT ITS FUNDS | 6.00- | 100.23 |
| 000091 | 18:01 | 05-06-03 | SALE / REGULAR | 100.00- | .23 |
| T15362 | 13:34 | 05-15-03 | MONEY ORDER | 30.00 | 30.23 |
| 40DD58 | 10:27 | 05-17-03 | DEPOSIT ITS FUNDS | 5.00- | 25.23 |
| 000089 | 17:50 | 05-20-03 | SALE / REGULAR | 25.15- | .08 |
| JUN03P | 8:46 | 06-03-03 | PERFORMANCE PAY | 24.48 | 24.56 |
| 000095 | 18:02 | 06-03-03 | SALE / REGULAR | 20.85- | 3.71 |
| 41E87D | 21:00 | 06-03-03 | DEPOSIT ITS FUNDS | 3.00- | .71 |
| T16633 | 13:09 | 06-04-03 | MONEY ORDER | 20.00 | 20.71 |
| T16634 | 13:09 | 06-04-03 | MONEY ORDER | 20.00 | 40.71 |

```
          **** TRANSACTION TOTAL ****      39.98
```

| ----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 40.71 | .00 | .00 | .00 | 40.71 |