OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Harrisburg PA** Clerk of District Court
(District)

Date_____06/20/03_____

**Roseboro v. Romine**
(Caption)

C. of A. No.____03-2585____

**Christopher Roseboro**
(Appellant)

**Civil No. 01-cv-00184**
(D.C. No.)

RECEIVED
JUN 25 2003
PER ____
HARRISBURG, PA.
DEPUTY CLERK

Enclosures:

____06/20/03____  Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____  Released (Record) (Supplemental Record - First - Second - Third)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in lieu of Record to this office.

_____  The certified copy of order issued as the mandate on _____ is recalled.

____Chiquita Dyer____    (267)-299-_4919_
Case Manager          Telephone Number

Receipt Acknowledge:

__Renee Bualia__
(Name)
__6/25/03__
(Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)

Cc: financial

EPS-287                                                                   June 20, 2003
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2585

Roseboro v. Romine
(M.D. Pa. No. 01-cv-00184)

FILED
HARRISBURG, PA
JUN 2 5 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

To:  Clerk

1)  Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chap. 10.6.

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

_Marcia M. Waldron_
_____
Clerk

Dated: June 20, 2003

CMD/cc: Mr. Christopher Roseboro
        Dennis C. Pfannenschmidt, Esq.