HPS-21                     UNITED STATES COURT OF APPEALS
                               FOR THE THIRD CIRCUIT

                                     NO. 03-2585

                              CHRISTOPHER ROSEBORO,
                                                    Appellant

                                          v.

                                    DON ROMINE,
                              Warden U.S.P. Lewisburg;
                              UNITED STATES OF AMERICA

                    On Appeal From the United States District Court
                         For the Middle District of Pennsylvania
                              (D.C. Civ. No. 01-cv-00184)
                          District Judge: Honorable Yvette Kane

           Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)
            and for Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
                                     October 9, 2003
              Before: SCIRICA, CHIEF JUDGE, WEIS AND GARTH, CIRCUIT JUDGES

                                       JUDGMENT

    This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here
    ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered April 15, 2003 be and the same is hereby summarily affirmed. All of the above in accordance with the opinion of this Court.

                                            ATTEST:

                                            *[signature]*
                                            Chief Deputy Clerk

DATED: October 30, 2003

Page 2

Docket No. 03-2585

**Certified as a true copy and issued in lieu of a formal mandate on 12/22/03**

Teste: *Kathleen Brunner*

**Chief Deputy Clerk, U.S. Court of Appeals for the Third Circuit.**