OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4919 |

www.ca3.uscourts.gov

December 22, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

RE: **Docket No. 03-2585**
    **Roseboro   vs.  Romine**
    **D.C. No. 01-cv-00184**

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                        Very truly yours,
                        MARCIA M. WALDRON
                        Clerk

                 By:    Chiquita Dyer
                        Case Manager

Enclosure

cc:
        Mr. Christopher Roseboro
        Dennis C. Pfannenschmidt, Esq.